IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff, )<br>  )<br>v.  )<br>  )<br>UNITED STATES CURRENCY )<br>TOTALING $1,127.00, )<br>  )<br>Defendant. ) | CV 206-111 |

**CONSENT ORDER APPROVING SETTLEMENT AGREEMENT
AND FINAL ORDER OF FORFEITURE AND DISTRIBUTION**

Before the Court is the United States' Motion for Approval of a Settlement Agreement and for the entry of a Final Order of Forfeiture and Distribution in the above-captioned case. This motion has been consented to by Lonnie Ryan Crosby, Jr., the only claimant in this case, and by Lonnie Crosby, Sr., by and through their attorney of record, George L. Hoyt, Esq. After careful consideration, and for good cause shown, IT IS HEREBY ORDERED AND ADJUDGED:

1. That the United States' Motion for Approval of Settlement Agreement is GRANTED and the terms and conditions set forth in the Settlement Agreement are made a part of this Order by specific reference;

2. That the United States' Motion for Final Order of Forfeiture and Distribution is hereby GRANTED and the defendant $1,127.00 in United States currency is hereby condemned and forfeited to the United States of America, and all right, title and interest in the forfeited $1,127.00 in U.S. currency is vested in the United States;

3. That all claims and interest to the forfeited $1,127.00 in U.S. currency by Lonnie Ryan Crosby, Jr. and all other persons and entities are forever barred;

4. That all expenses of the Department of Justice and the United States Marshals Service related to the seizure, detention and forfeiture be paid form the forfeited $1,127.00 in U.S. currency;

1

5. That the remainder, if any, of the $1,127.00 in U.S. currency, after the payment of costs and expenses, be deposited into the Department of Justices Asset Forfeiture Fund in accordance with 28 U.S.C. §524 (c) and 21 U.S.C. § 881(e);

6. That all parties shall bear their own costs relating to the seizure, detention, and forfeiture of the defendant $1,127.00 in U.S. currency; and

7. That the Clerk of Court forward a certified copy of this Order to the United States Marshals Service, 51 SW 1st Avenue, Room 900, Miami, FL 33130; a certified copy to the attention of Assistant United States Attorney Ruth H. Young at the United States Attorney's Office, P.O. Box 8970, Savannah, GA 31412; and a copy to George L. Hoyt, Esq., 418 West 25th Street, Alma, GA 31510.

SO ORDERED this 11th day of October 2006.

_____
Anthony A. Alaimo, Judge
United States District Court
Southern District of Georgia

Consented to by:

LISA GODBEY WOOD
UNITED STATES ATTORNEY

_____
Ruth H. Young
Assistant United States Attorney
Georgia Bar No. 198489
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

_____
George L. Hoyt
Attorney for Lonnie Ryan Crosby, Jr. and
Lonnie Ryan Crosby, Sr.
Georgia Bar No. 373100
418 West 15th Street
Alma, GA 3143151012
(912) 632-5959

2